ALEXANDER M. WHITE et al., Respondents, *v.* JAMES E. DUTCHER, as Sheriff, etc., Appellant

(Argued March 5, 1888; decided March 20, 1888.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 15, 1885, which affirmed an order granting a new trial.

*Daniel Clark Briggs* for appellant.

*Thomas S. Moore* for respondents.

Agree to affirm, and for judgment absolute for appellant on stipulation; no opinion.

All concur.

Order affirmed and judgment accordingly.